JEAN MANZO, an Infant, by VIOLA MANZO, Her Guardian ad Litem, et al., Respondents-Appellants, v. CITY OF NEW YORK, Appellant-Respondent.— By the order appealed from, plaintiffs have been allowed an examination of the Comptroller of the City of New York, the Police Department, the Borough President, including a discovery and inspection of his records, and the Corporation Counsel. Apart from the question of privilege, with the allowance of the examination of the other city officials, the necessity and materiality of the examination of the Corporation Counsel are obviated. Order modified by striking out the provisions relating to discovery and inspection and by striking out that portion of the order which directs an examination of the Corporation Counsel and the production of his books and records, and, as so modified affirmed, without costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., concurs, except to the extent that the examination of the defendant through its Corporation Counsel is denied, and votes to permit such examination without prejudice to the right of the defendant or its Corporation Counsel to assert any confidential relationship as an objection to any question at the time of the examination. (See *Heit & Weisenthal, Inc.,* v. *Licht,* 218 App. Div. 753, and cases cited.) Settle order on notice.

LEE ADELSON et al., Respondents, v. GEORGE DREYMAN et al., Appellants, et al., Defendants. LEWIS GINSBURG, Appellant.—Order unanimously modified by eliminating therefrom the last four words of the first sentence of the third decretal paragraph and substituting therefor the words " accounts they object to and the amounts to which exception is taken." The second sentence of the same decretal paragraph should include the words " to the extent objected to " following the words " to hear and determine such claims ". As so modified the order is affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 976.]

TITLE GUARANTEE AND TRUST COMPANY, as Ancillary Executor of EDWARD T. BEDFORD, Deceased, Appellant, v. BUSH TERMINAL COMPANY, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post,* p. 954.]

FRANK BAILEY et al., Appellants, v. BUSH TERMINAL COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post,* p. 954.]

NEW YORK LERNER COMPANY, INC., et al., Appellants, v. 460 FULTON ST. CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

CHESTER G. SAVINA, as Administrator of the Estate of LAURA SAVINA, Deceased, et al., Respondents, v. MARTIN HAGENEH, Appellant, et al., Defendants.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the credible testimony. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm.